# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Beech Gonzalez a/k/a John B. Gonzalez Jr., a/k/a John Gonzalez Jr., a/k/a John Gonzalez a/k/a John Beech Gonzalez Jr., a/k/a John Gonzalez Jr., a/k/a John B. Gonzalez<br>Debtor(s) | BK NO. 22-00963 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE MONEY SOURCE and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
07 Jun 2022, 15:52:49, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322