United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John Beech Gonzalez  
    Debtor

Case No. 22-00963-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 27, 2022      Form ID: ntcnfhrg      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Beech Gonzalez, 24 Wappinger Way, Pocono Lake, PA 18347-8211 |
| 5476743 | + | 1ST ACCESS/TBOM/VT, 10182 TELESIS CT. STE 300, SAN DIEGO, CA 92121-4777 |
| 5476744 | + | BK OF MISSOURI/TOTAL CARF, 2700 S LORRAINE PL., SIOUX FALLS, SD 57106-3657 |
| 5476753 | | THE MONEY SOURCE, INC., PO BOX 650094, DALLAS, TX 75265-0094 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5476745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 18:39:05 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5476746 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2022 18:39:06 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 5481896 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 18:39:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5476747 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 27 2022 18:38:00 | FLAGSHIP CREDIT ACCEPTANCE, P.O. BOX 965, CHADDS FORD, PA 19317-0643 |
| 5479339 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2022 18:39:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5476748 | + | Email/Text: bankruptcy@sccompanies.com | Jun 27 2022 18:38:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5476749 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2022 18:39:18 | PREMIER BKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5481150 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2022 18:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5476750 | | Email/Text: bankruptcy@sccompanies.com | Jun 27 2022 18:38:00 | SEVENTH AVENUE, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5480508 | + | Email/Text: bankruptcy@sccompanies.com | Jun 27 2022 18:38:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5476751 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 27 2022 18:38:00 | TBOM/ATLS/FORTIVA MC, P.O. BOX 10555, ATLANTA, GA 30310-0555 |
| 5476752 | + | Email/Text: documentfiling@lciinc.com | Jun 27 2022 18:38:00 | TELECOM SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5476754 | + | Email/Text: bankruptcy@bbandt.com | Jun 27 2022 18:38:00 | TRUIST BANK, PO BOX 1847, WILSON, NC 27894-1847 |
| 5478299 | + | Email/Text: bknotices@totalcardinc.com | Jun 27 2022 18:38:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor THE MONEY SOURCE bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 John Beech Gonzalez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| John Beech Gonzalez,<br>aka John Gonzalez Jr., aka John B. Gonzalez Jr., aka John Gonzalez, aka John B. Gonzalez, aka John Beech Gonzalez Jr., aka John Gonzalez Jr.,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22−bk−00963−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 2, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 9, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 27, 2022 |

ntcnfhrg (08/21)