United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John Beech Gonzalez  
    Debtor

Case No. 22-00963-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Feb 29, 2024     Form ID: ordsmiss     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Beech Gonzalez, 24 Wappinger Way, Pocono Lake, PA 18347-8211 |
| cr | + | Allied First Bank, SB dba Servbank, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 5476744 | + | BK OF MISSOURI/TOTAL CARF, 2700 S LORRAINE PL., SIOUX FALLS, SD 57106-3657 |
| 5476753 | | THE MONEY SOURCE, INC., PO BOX 650094, DALLAS, TX 75265-0094 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Feb 29 2024 18:52:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, Tx 75254-8067 |
| 5476743 | + | EDI: TCISOLUTIONS.COM | Feb 29 2024 23:50:00 | 1ST ACCESS/TBOM/VT, 10182 TELESIS CT. STE 300, SAN DIEGO, CA 92121-4777 |
| 5534519 | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5534518 | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5476745 | + | EDI: CAPITALONE.COM | Feb 29 2024 23:50:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5476746 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 18:56:03 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 5481896 | | EDI: CAPITALONE.COM | Feb 29 2024 23:50:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5476747 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 29 2024 18:52:00 | FLAGSHIP CREDIT ACCEPTANCE, P.O. BOX 965, CHADDS FORD, PA 19317-0643 |
| 5485412 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 18:56:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479339 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 29 2024 18:55:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5476748 | + | EDI: CBS7AVE | Feb 29 2024 23:50:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5487937 | | EDI: PRA.COM | Feb 29 2024 23:50:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 5476749 | + | EDI: AMINFOFP.COM | Feb 29 2024 23:50:00 | PREMIER BKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5481150 | + | EDI: JEFFERSONCAP.COM | Feb 29 2024 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5476750 | | EDI: CBS7AVE | Feb 29 2024 23:50:00 | SEVENTH AVENUE, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5597011 | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5597012 | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5480508 | + | EDI: CBS7AVE | Feb 29 2024 23:50:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5476751 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 29 2024 18:52:00 | TBOM/ATLS/FORTIVA MC, P.O. BOX 10555, ATLANTA, GA 30310-0555 |
| 5476752 | + | EDI: COMCASTCBLCENT | Feb 29 2024 23:50:00 | TELECOM SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5476754 | + | Email/Text: bankruptcy@bbandt.com | Feb 29 2024 18:52:00 | TRUIST BANK, PO BOX 1847, WILSON, NC 27894-1847 |
| 5478299 | + | EDI: TCISOLUTIONS.COM | Feb 29 2024 23:50:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5487264 | + | Email/Text: BK@servicingdivision.com | Feb 29 2024 18:52:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Michael Patrick Farrington
    on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com

Robert J Kidwell, III
    on behalf of Debtor 1 John Beech Gonzalez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 John Beech Gonzalez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| John Beech Gonzalez, aka John Gonzalez Jr., aka John B. Gonzalez Jr., aka John Gonzalez, aka John B. Gonzalez, aka John Beech Gonzalez Jr., aka John Gonzalez Jr., | Chapter | 13 |
| | Case No. | 5:22−bk−00963−MJC |
| **Debtor 1** | | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: February 29, 2024

ordsmiss (05/18)